IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISIAH KELLUP, | § § § § § § § § § § § | C.A. NO. 4:22-cv-1652 |
| Plaintiff, | | |
| v. | | |
| BANK OF AMERICA, N.A., | | |
| Defendant. | | |

### DEFENDANT BANK OF AMERICA, N.A.'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Bank of America, N.A. ("BANA") hereby requests that the Court allow the substitution of George Robertson and David Hornbeak of Holland & Knight LLP, as counsel of record for BANA, in place of Connie Flores Jones of Winston & Strawn LLP.

Counsel for BANA has conferred with counsel for Plaintiff regarding BANA's request to substitute counsel, and Plaintiff does not oppose BANA's request. Therefore, BANA's motion to substitute counsel is unopposed.

WHEREFORE, PREMISES CONSIDERED, BANA prays that this Court grant its motion and allow George Robertson and David Hornbeak of Holland & Knight LLP to be substituted as counsel of record for BANA in place of Connie Flores Jones of Winston & Strawn LLP, and for such other and further relief as this Court deems appropriate.

Dated: June 2, 2022                     Respectfully submitted,


By: */s/ George G. Robertson*
George G. Robertson
Texas Bar No. 24106352
Email: George.Robertson@hklaw.com
David Hornbeak
Texas Bar No. 24106113
Email: David.Hornbeak@hklaw.com
**HOLLAND & KNIGHT LLP**
811 Main Street, Suite 2500
Houston, TX 77002
Telephone: (713) 821-7000
Facsimile:  (713) 821-7001

***SUBSITUTING ATTORNEYS FOR DEFENDANT BANK OF AMERICA, N.A.***


By: */s/ Connie Flores Jones*
Connie Flores Jones
Texas Bar No. 00793736
Email: cflores@winston.com
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2782
Facsimile:  (713) 651-2700

***WITHDRAWING ATTORNEYS FOR DEFENDANT BANK OF AMERICA, N.A.***

## CERTIFICATE OF CONFERENCE

On June 2, 2022, I conferred via email with Clay Vilt, counsel for Plaintiff Isiah Kellup regarding the motion for substitution of counsel for Defendant Bank of America, N.A. Mr. Vilt stated that Plaintiff does not oppose the motion.

*/s/ Connie Flores Jones*
Connie Flores Jones

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2022, I electronically filed the foregoing with the Clerk of Court and served the foregoing on Plaintiff's counsel of record Robert C. Vilt by using the CM/ECF system.

*/s/ Connie Flores Jones*
Connie Flores Jones