IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISIAH KELLUP, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-1652 |
| | § | |
| BANK OF AMERICA, N.A., | § | |

**UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rule of Civil Procedure, Plaintiff Isiah Kellup hereby stipulates and agrees to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 457th Judicial Court of Montgomery County, Texas on May 2, 2022.

2. Defendant filed its Notice of Removal on May 23, 2022.

3. The parties have resolved the matter amongst themselves.

4. Plaintiff as well as Defendant shall bear their own attorney's fees, expert fees, and litigation expenses incurred in litigating these claims.

5. Accordingly, Plaintiff requests that the Court dismiss this lawsuit with prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice with costs of court being assessed against the party incurring same.

        Respectfully submitted,

        VILT LAW, P.C.

By:   /s/ *Robert C. Vilt*
      ROBERT C. VILT
      Texas Bar Number 00788586
      Federal Bar Number 20296
      Email: clay@viltlaw.com

5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:   713.840.7570
Facsimile:    713.877.1827
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the merits of this motion on August 2, 2022 with Carter Burgess and he is not opposed to the relief sought herein.

      /s/ *Robert C. Vilt*
      ROBERT C. VILT

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2022 the foregoing was filed with the Court via the CM/ECF system and that the Clerk of the Court will forward a copy of same to the following CM/ECF users:

George G. Robertson
David D. Hornbeak
Carter Burgess
Holland & Knight, LLP
811 Main St., Ste. 2500
Houston, TX 77002

      /s/ *Robert C. Vilt*
      ROBERT C. VILT